IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA GENERAL ENERGY COMPANY, LLC, | ) ) ) |
| *Plaintiff*, | ) Civil Action No. 20-cv-351 ERIE ) |
| v. | ) District Judge Susan Paradise Baxter ) |
| GRANT TOWNSHIP OF INDIANA COUNTY AND THE GRANT TOWNSHIP BOARD OF SUPERVISORS, | ) ) ) ) |
| *Defendants*. | ) ) |

**ORDER GRANTING THE PARTIES'**
**JOINT MOTION FOR STAY AND EXTENSION OF TIME**

THIS 16th day of February, 2021, the Court **GRANTS** the Parties' Joint Motion for Stay and Extension of Time and enters the following **ORDER**:

1. This matter is stayed pending the resolution of the proceeding before the Pennsylvania Commonwealth Court in the case *Pennsylvania Department of Environmental Protection v. Grant Township of Indiana County and the Grant Township Board of Supervisors*, No. 126 M.D. 2017;

2. The Parties will advise the Court of the outcome of the Commonwealth Court proceeding within ten days of receiving the same and propose a case management order for the Court's consideration; and

3. Defendants' time to respond to the Complaint is extended for 30 days after the stay expires. The case will be administratively closed during the stay.

_____
The Honorable Susan Paradise Baxter
United States District Judge