IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**PENNSYLVANIA GENERAL ENERGY** )
**COMPANY, LLC,** )
  **Plaintiff** )  C.A.No. 1:20-cv-351
   )
**vs.** )
   )
**GRANT TOWNSHIP OF INDIANA** )
**COUNTY and THE GRANT TOWNSHIP** )
**BOARD OF SUPERVISORS,** )
  **Defendants.** )

**O R D E R**

AND NOW, this 19th day of October 2022;

IT IS HEREBY ORDERED that the Consent motion for leave to file amended complaint [ECF No. 25] is granted. The Clerk is directed to file the proposed amended complaint.

IT IS FURTHER ORDERED that Defendants file an answer to the amended complaint by November 2, 2022.

IT IS FURTHER ORDERED that the motion to dismiss filed February 16, 2021 [ECF No. 7] is renewed. *See* ECF No. 22. Opposition to the motion to dismiss must be filed by November 9, 2022.

IT IS FURTHER ORDERED that any motion for judgment on the pleadings shall be filed by November 9, 2022 and oppositions thereto by November 23, 2022.

           /s/ Susan Paradise Baxter
           SUSAN PARADISE BAXTER
           United States District Judge