# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA GENERAL ENERGY COMPANY, LLC,  )  )  ) | Civil Action No. 20-cv-351 ERIE |
| *Plaintiff*,  ) | |
| v.  )  ) | District Judge Susan Paradise Baxter |
| GRANT TOWNSHIP OF INDIANA COUNTY AND THE GRANT TOWNSHIP BOARD OF SUPERVISORS,  )  )  )  )  )  ) | |
| *Defendants*.  ) | |

## **[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2022;

IT IS HEREBY ORDERED that Defendants' Motion to Withdraw and Substitute Counsel [ECF No. ___] is granted. Karen L. Hoffmann is granted leave to withdraw as counsel of record for Defendants, and Terry J. Lodge is substituted as counsel of record. The Clerk is directed to withdraw Ms. Hoffmann from the electronic service list in this case.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge